**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Isabel Linda WARREN, Defendant–**
**Appellant.**

**No. 05–50407.**

United States Court of Appeals,
Ninth Circuit.

Submitted July 9, 2007 *.

Filed July 19, 2007.

Becky S. Walker, Esq., Mark C. Krause, Esq., USLA—Office of the U.S. Attorney, Criminal Division, Los Angeles, CA, for Plaintiff–Appellee.

FPDCA—Federal Public Defender's Office, Los Angeles, CA, for Defendant–Appellant.

Before: LEAVY, THOMAS, and BERZON, Circuit Judges.

MEMORANDUM **

Isabel Linda Warren appeals from her guilty-plea conviction and 120–month sen-

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provid-

tence imposed for possession with intent to distribute cocaine base, in violation of 21 U.S.C. § 841(a)(1).

Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), counsel for Warren has filed a brief stating there are no grounds for relief, along with a motion to withdraw as counsel of record. Warren did not file a pro se supplemental brief. The government filed notice that it would not be filing an answering brief.

Our review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 80–81, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no grounds for relief on direct appeal.

Accordingly, counsel's motion to withdraw is **GRANTED,** and the district court's judgment is **AFFIRMED.**

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.